UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELESHA SOTO,

Plaintiff,

v.

U.S. DISTRICT COURT-NORTHERN DIVISION, et al.,

Defendants.

No.  2:26-cv-00056 DAD CKD (PS)

ORDER

Plaintiff is proceeding in this action pro se and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  Plaintiff asserts claims against a federal district court, a court clerk, and a clerk's office employee concerning their involvement in a previous case or cases brought by plaintiff.

1

The legal and factual bases for plaintiff's claims are not clear from the complaint. However, because it relates to the judicial process, the complaint appears to be barred by the doctrine of judicial immunity. See In re Castillo, 297 F.3d 940, 947 (9th Cir. 2002) ("Anglo–American common law has long recognized judicial immunity, a sweeping form of immunity for acts performed by judges that relate to the judicial process."). Additionally, plaintiff's brief and conclusory allegations do not state a federal claim against any defendant.

The federal courts are courts of limited jurisdiction. Without a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed. Failure to allege a proper basis for jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

2. No later than February 12, 2026, plaintiff shall show cause why this action should not be dismissed for lack of jurisdiction.

Dated: January 28, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/soto0056.ifp-nojuris

2