UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELESHA SOTO,

Plaintiff,

v.

U.S. DISTRICT COURT – NORTHERN DIVISION, et al.,

Defendants.

No. 2:26-cv-00056-DAD-CKD PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION FOR LACK OF JURISDICTION, AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS MOOT

(Doc. Nos. 5, 6)

Plaintiff Elesha Soto is proceeding *pro se* and *in forma pauperis* in the above-captioned civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 25, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to lack of jurisdiction. (Doc. No. 6.) Specifically, the magistrate judge noted that on January 28, 2026, plaintiff was ordered to show cause in writing by February 12, 2026, why this action should not be dismissed for lack of jurisdiction, was forewarned that the failure to respond to that order would result in a recommendation that the action be dismissed, and that plaintiff had failed to respond as ordered. (*Id.*)

/////

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 25, 2026 (Doc. No. 6) are adopted in full;
2. This action is dismissed due to lack of jurisdiction;
3. Plaintiff's motion for default judgment (Doc. No. 5) is denied as having been rendered moot by this order of dismissal; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 8, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE